BEFORE THE SECOND DIVISION, SEPTEMBER 7, 1950

**No. 54650.**—Linden Studios et al. *v.* United States, protests 115656–K, etc.. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain.

items of the merchandise consist of sisal articles similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiffs was sustained.